## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES J. DOODY, III, et al. | : | 3:19-CV-01191-RNC |
| Plaintiffs | : | |
| | : | |
| V. | : | |
| | : | |
| BANK OF AMERICA, N.A., FEDERAL NATIONAL | : | |
| MORTGAGE ASSOCIATION, SETERUS, INC. | : | |
| Defendants | : | September 24, 2021 |

## MOTION TO WITHDRAW APPEARANCE

Attorney Christopher J Picard hereby moves to withdraw as counsel of record for the Defendant, Seterus, Inc. pursuant to Local R. Civ. Pro. 7(e). Said party will continue to be represented by Attorney Geoffrey Milne.

The Defendant, Seterus, Inc. was duly notified of my intent to withdraw and has actual knowledge thereof.

**RESPECTUFLLY**,

By  /s/ Christopher J Picard
  Christopher J Picard, Esq. (ct22532)
  McCalla Raymer Liebert Pierce, LLC
  50 Weston Street
  Hartford, CT 06120
  (860)241-1615
  (860)241-1715
  Chris.picard@mccalla.com

## CERTIFICIATION

      I hereby certify that on September 24, 2021, a copy of the foregoing Motion was filed electronically and served by mail to all counsel and self-represented parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. This will further certify that a copy of the foregoing has been mailed, postage prepaid, of even date herewith to the following:

Andre Cayo
84 Park Place West, 3rd Floor
Stamford, CT 06901
cayolaw@gmail.com

Annabelle T. Machado-Costa
Zeichner, Ellman & Krause, LLP
One Landmark Square, 4th Floor
Stamford, CT 06901
Amachado-costa@zeklaw.com

                                                    By  /s/ Christopher J Picard
                                                    Christopher J Picard, Esq. (ct22532)